In the Matter of the Claim of EMILIE PILLOUD, Respondent, against 350 PARK AVENUE COMPANY, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued April 27, 1937; decided May 25, 1937.

*William Warren Dimmick* for appellants.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* and *Henry Epstein* of counsel), for State Industrial Board, respondent.

Order affirmed; with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.